STATE OF CONNECTICUT *v.* JOSE MARTINEZ

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 902 (AC 20452), is denied.

*Dennis P. Harrigan*, assistant public defender, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.

Decided January 3, 2002

JOHN DENBY *v.* COMMISSIONER OF CORRECTION

The petitioner John Denby's petition for certification for appeal from the Appellate Court, 66 Conn. App. 809 (AC 20499), is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*James Streeto*, deputy assistant public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided January 3, 2002

STATE OF CONNECTICUT *v.* MARVIN SALMON

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 131 (AC 20778), is denied.

*Philip Russell, Roy Ward* and *Christopher W. Caldwell*, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided January 3, 2002

## LISA MAREK *v.* WAYNE GOING

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 557 (AC 20936), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Brian W. Prucker,* in support of the petition.

*Jack G. Steigelfest* and *Todd W. Whitford,* in opposition.

Decided January 3, 2002

## MARSHA GORDON *v.* MACELLIS K. GLASS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 852 (AC 21125), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.

*Heidi M. Cilano, Augustus R. Southworth III* and *Leslie Gold McPadden,* in opposition.

Decided January 3, 2002